■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEXTER WASHINGTON, Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [881 NYS2d 351]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered February 4, 2008 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs (*see People ex rel. Lewis v Graham*, 57 AD3d 1508 [2008], *lv denied* 12 NY3d 705 [2009]). Present—Scudder, P.J., Smith, Centra, Peradotto and Green, JJ.

■ In the Matter of TIARA B., an Infant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ERIKA B., Appellant. (Appeal No. 1.) [881 NYS2d 352]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered February 20, 2008 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Tiara B.* (64 AD3d 1181 [2009]). Present—Scudder, P.J., Smith, Centra, Peradotto and Green, JJ.